452 A.2d 1075

Commonwealth v. Rowkosky, Appellant.

 Submitted June 15, 1982. John A. Halley, for appellant; Robert

L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.
Affirmed.

JOHNSON, J., filed a memorandum concurring statement.